**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                     :     NOTICE OF INTENT TO
                                      FILE AN INFORMATION
MARK HUNT,                         :

          Defendant.            :     08 CRIM 417

- - - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        May 5, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

              By: _____
                   Nola B. Heller
                   Assistant United States Attorney


             AGREED AND CONSENTED TO:

             By: _____
                   Bruce McIntyre, Esq.
                   Attorney for Mark Hunt

5/6/08 WHEEL A