JUDGE SWEET

08 CRIM 417

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
         - v. -                 :          INFORMATION
                                :
MARK HUNT,                      :          08 Cr
              Defendant.        :
                                :
- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FIL
DOC #: _____
DATE FILED: MAY 1 2 2008

## COUNT ONE

The United States Attorney charges:

1.   From in or about 1998 through on or about April
2006, in the Southern District of New York and elsewhere, MARK
HUNT, the defendant, and others known and unknown, unlawfully,
intentionally and knowingly did combine, conspire, confederate
and agree together and with each other to violate the narcotics
laws of the United States.

2.   It was a part and an object of such conspiracy that
MARK HUNT, the defendant, and others known and unknown, would and
did distribute and possess with intent to distribute a controlled
substance, to wit, one kilogram and more of mixtures and
substances containing a detectable amount of heroin, in violation
of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United
States Code.

## OVERT ACT

3.   In furtherance of the conspiracy and to effect the
illegal object thereof, the following overt act, among others,

was committed:

        a.    In or about March 2006, MARK HUNT, the defendant, picked up $200,000 in cash narcotics proceeds from a co-conspirator in or around Carlyle, Pennsylvania, and delivered the money to another co-conspirator in or around Elizabeth, New Jersey.

        (Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

        4.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, MARK HUNT, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

### Substitute Asset Provision

        i.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        (1) cannot be located upon the exercise of due diligence;

        (2) has been transferred or sold to, or deposited with, a third person;

        (3) has been placed beyond the jurisdiction

of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### MARK HUNT,

Defendant.

### INFORMATION

08 Cr. _____

(Title 21, United States Code,
Section 846)

5/17/08 Filed Information & Waiver of Indictment.
Deft. Pres. w/ atty Bruce McClature. AUSA
Nola Hetter Pres. Deft. Pleads not guilty.

s/ mag. Judge Katz

MICHAEL J. GARCIA
United States Attorney.