JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

v.

Mark Hunt,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X



08 CRIM 417

08 Cr. _____ (RWS)

The above-named defendant, who is accused of violating Title 21, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
      May 12, 2008

0202