**BRUCE McINTYRE, ESQ.**
401 BROADWAY - SUITE 1503
NEW YORK, NY 10013
(212) 219-3100
FAX: 219-3701

July 1, 2008

BY FAX

Hon. Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Mark Hunt</u>
08 Cr. 417 (RWS)

Dear Judge Sweet:

This letter is submitted to obtain the Court's permission for the defendant to travel to Miami, Florida. Neither the Government nor Pretrial Services objects to this request.

Mr. Hunt is currently out on a $150,000.00 personal recognizance bond co-signed by two sureties, together with $1,000.00 cash bail. His travel is restricted to New Jersey, the Eastern District of Pennsylvania, and the Southern and Eastern Districts of New York. Mr. Hunt wants to travel to Miami, Florida for vacation. He would leave on July 10th and return on July 14th. He has confirmed reservations to fly out of and return to Newark, New Jersey. Also, he has confirmed hotel reservations at The Hilton Bentley (101 Ocean Drive, Miami Beach, Florida, 33139; 305-938-4600).

Accordingly, we request that the Court permit the defendant to travel to Miami, Florida on or about July 10th and to return on July 14th.

Respectfully submitted,

*Bruce McIntyre*
BRUCE McINTYRE
Attorney for Mark Hunt

cc: AUSA Nola B. Heller

So ordered
*Sweet*
USDJ
7-7-08